IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERICA DENISE POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br><br>THE COCA-COLA COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:17-CV-1852-TWT |

**ORDER**

This is a pro se action under the Americans with Disabilities Act. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending that the action be dismissed for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of February, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge